1  DAVID H. KRAMER, State Bar No. 168452
   JOHN L. SLAFSKY, State Bar No. 195513
2  HOLLIS BETH HIRE, State Bar No. 203651
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email:  dkramer@wsgr.com
6
   Attorneys for Plaintiffs
7  Lucasfilm Ltd. and Lucasfilm
   Entertainment Company Ltd.
8
   William L. Osburn dba High-Tech Magic
9  2616 Colpepper Road
   Abingdon, MD 21009
10
   Defendant
11

12             UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16  LUCASFILM LTD. and LUCASFILM          )   CASE NO.:  C-06-07317 RMW (HRL)
    ENTERTAINMENT COMPANY LTD.,           )
17                                        )   STIPULATION RE: INJUNCTION
              Plaintiffs,                 )   AND JUDGMENT
18                                        )
         v.                               )
19                                        )   Judge: Hon. Ronald M. Whyte
    WILLIAM L. OSBURN dba HIGH-TECH       )   Dpt: 6
20  MAGIC, and DOES 1-10,                 )
                                          )
21            Defendants.                 )
                                          )
22                                        )
                                          )
23  _____)

24

25        WHEREAS, plaintiffs Lucasfilm Ltd. and Lucasfilm Entertainment Company Ltd.

    (collectively, "Lucasfilm") filed a complaint against defendants William L. Osburn dba High-
26
    Tech Magic ("Osburn") and Does 1-10 on November 28, 2006:
27

28

    STIP. RE INJ. AND JUDGMENT        -1-

1    Pursuant to a Settlement Agreement, Lucasfilm and Osburn stipulate (themselves or

2  through their respective counsel) to the [PROPOSED] PERMANENT INJUNCTION attached

3  hereto as Exhibit 1 and to the [PROPOSED] JUDGMENT attached hereto as Exhibit 2.

4

5  SO STIPULATED:

6

7  Dated:  December 18, 2006                     WILSON SONSINI GOODRICH & ROSATI

8

9

10                                        By: _____/s/ David H. Kramer_____
                                                David H. Kramer
11
                                           Attorneys for Plaintiffs Lucasfilm Ltd. and
12                                         Lucasfilm Entertainment Company Ltd.

13

14

15  Dated:  December 18, 2006

16                                        By: _____/s/ William L. Osburn_____
                                                William L. Osburn dba High-Tech Magic
17

18

19

20

21

22

23

24

25

26

27

28

STIP. RE INJ. AND JUDGMENT              -2-

1
2
**<u>EXHIBIT 1</u>**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   DAVID H. KRAMER, State Bar No. 168452
    JOHN L. SLAFSKY, State Bar No. 195513
2   HOLLIS BETH HIRE, State Bar No. 203651
    WILSON SONSINI GOODRICH & ROSATI
3   Professional Corporation
    650 Page Mill Road
4   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
5   Facsimile:   (650) 565-5100
    Email:  dkramer@wsgr.com
6
    Attorneys for Plaintiffs
7   Lucasfilm Ltd. and Lucasfilm
    Entertainment Company Ltd.
8
    William L. Osburn dba High-Tech Magic
9   2616 Colpepper Road
    Abingdon, MD 21009
10
    Defendant
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16  LUCASFILM LTD. and LUCASFILM              )   CASE NO.:  C-06-07317 RMW (HRL)
    ENTERTAINMENT COMPANY LTD.,               )
17                                            )
              Plaintiffs,                     )   [PROPOSED] PERMANENT
18                                            )   INJUNCTION
         v.                                   )
19                                            )
    WILLIAM L. OSBURN dba HIGH-TECH           )   Judge: Hon. Ronald M Whyte
20  MAGIC, and DOES 1-10,                     )   Dpt: 6
                                              )
21            Defendants.                     )
                                              )
22                                            )
                                              )
23  _____ )

24          The Court, having reviewed and considered the Complaint filed on November 28, 2006

25  by plaintiffs Lucasfilm Ltd. and Lucasfilm Entertainment Company Ltd. (collectively,

26  "Lucasfilm") against defendants William L. Osburn dba High-Tech Magic ("Osburn") and Does

27  1-10, and the Stipulation Re: Injunction and Judgment filed by Lucasfilm and Osburn, hereby

28  ORDERS:

PERMANENT INJUNCTION              -1-

a.      that Osburn, High-Tech Magic, and all others in active concert or participation with them, be immediately and permanently enjoined from using any of Lucasfilm's trademarks, including, without limitation, the trademarks STAR WARS, LIGHTSABER, JEDI, THE FORCE, or DARTH MAUL, or any trademark that is likely to cause confusion with, or cause dilution of, any of Lucasfilm's trademarks;

b.      that Osburn, High-Tech Magic, and all others in active concert or participation with them, be immediately and permanently enjoined from using Lucasfilm's Lightsaber Trade Dress (as defined in the Complaint) or any trade dress that is likely to cause confusion with, or cause dilution of, the Lightsaber Trade Dress, including but not limited to the advertising, offering for sale, or selling of Lightsaber swords and kits and/or parts designed to enable others to build Lightsaber swords;

c.      that for a period of 18 months following the date of this Order, Osburn, High-Tech Magic, and all others in active concert or participation with them, shall be enjoined from advertising, offering for sale, or selling any facsimile of a lighted or glowing sword and from advertising, offering for sale or selling kits and/or parts designed to enable others to build facsimiles of lighted or glowing swords;

d.      that the injunctions in paragraphs a, b, and c above include, but are not limited to, activity on the web site www.high-techmagic.com and/or any other web site operated or controlled by Osburn, High-Tech Magic, and all others in active concert or participation with them;

e.      that within 10 days of this Order, Osburn, High-Tech Magic, and all others in active concert or participation with them, shall make available for inspection by Lucasfilm any and all facsimiles of lighted or glowing swords in their possession, and thereafter shall, at Lucasfilm's request, provide for the destruction of the infringing merchandise within 20 days of this Order and shall confirm to Lucasfilm in writing within 30 days of this Order that such destruction has occurred.

Dated:  December_____, 2006

By:   _____
      Hon. Ronald M. Whyte, U.S. District Judge

PERMANENT INJUNCTION                    -2-

1

**<u>EXHIBIT 2</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  DAVID H. KRAMER, State Bar No. 168452
   JOHN L. SLAFSKY, State Bar No. 195513
2  HOLLIS BETH HIRE, State Bar No. 203651
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email:  dkramer@wsgr.com
6
   Attorneys for Plaintiffs
7  Lucasfilm Ltd. and Lucasfilm
   Entertainment Company Ltd.
8
   William L. Osburn dba High-Tech Magic
9  2616 Colpepper Road
   Abingdon, MD 21009
10
   Defendant
11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15  LUCASFILM LTD. and LUCASFILM            )   CASE NO.:  C-06-07317 RMW (HRL)
    ENTERTAINMENT COMPANY LTD.,             )
16                                          )
                  Plaintiffs,               )   [PROPOSED] JUDGMENT
17                                          )
           v.                               )
18                                          )   Judge: Hon. Ronald M Whyte
    WILLIAM L. OSBURN dba HIGH-TECH         )   Dpt: 6
19  MAGIC, and DOES 1-10,                   )
                                            )
20                Defendants.               )
                                            )
21  _____)

22

23       Judgment on the Complaint shall be entered in favor of plaintiffs Lucasfilm Ltd. and

24  Lucasfilm Entertainment Company Ltd. and against defendant William L. Osburn in the amount

25  of $250,000.

26  IT IS SO ORDERED.

27  Dated:  December____, 2006

28                              By:   _____
                                      Hon. Ronald M. Whyte, U.S. District Judge

    JUDGMENT

1

**<u>CERTIFICATION</u>**

2

      I, David H. Kramer, am the ECF User whose identification and password are being used

3

to file the STIPULATION RE: INJUNCTION AND JUDGMENT.  In compliance with General

4

Order 45.X.B, I hereby attest that all parties have concurred in this filing.

5

6

DATED:  December 18, 2006                 WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

7

8

                                  By:       /s/ David H. Kramer

9

                                         David H. Kramer

10

                                  Attorneys for Plaintiffs Lucasfilm Ltd. and
                                  Lucasfilm Entertainment Company Ltd.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28